UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAPHAEL ROCCO,<br>Plaintiff,<br>v.<br>TERRY ROYAL, *et al.*,<br>Defendants. | Case No. 3:25-cv-00581-ART-CLB<br>ORDER |

State prisoner Raphael Rocco brings this civil-rights lawsuit to redress constitutional violations that he allegedly suffered while incarcerated. On May 11, 2026, the Court screened Plaintiff's first amended complaint (ECF No. 19), allowing Eighth Amendment medical-indifference claims to proceed against one defendant, dismissing the other claims and defendants without leave to amend, and staying the case for mediation. (ECF No. 23). After the parties did not settle at the mediation conference, the Court granted Plaintiff's *in forma pauperis* application, lifted the stay, and ordered service upon the defendants. (ECF No. 30). Thereafter, Plaintiff filed several documents including another first amended complaint. (ECF No. 33). This pleading is substantially identical to Plaintiff's original first amended complaint. (*Compare* ECF No. 19, *with* ECF No. 33). This pleading was not authorized by the Court, and it is not related to any legitimate litigation purpose. To ensure a clear record in this case, Plaintiff's duplicative first amended complaint at ECF No. 33 will be stricken from the docket under Federal Rule of Civil Procedure 12(f) (authorizing the Court to strike "redundant" material from a pleading).

Accordingly, the Clerk of the Court is directed to **STRIKE** the duplicative first amended complaint (ECF No. 33) from the docket.

**DATED**: August 13, 2026

**UNITED STATES MAGISTRATE JUDGE**