**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RAPHAEL ROCCO,

Plaintiff,

v.

TERRY ROYAL, *et al.*,

Defendants.

Case No. 3:25-CV-00581-ART-CLB

**ORDER DENYING PLAINTIFF'S MOTIONS**

[ECF No. 37, 38]

On August 19, 2026, the Court entered an order granting Plaintiff Raphael Rocco's ("Rocco") motion for appointment of counsel and stayed the case in its entirety until pro bono counsel is identified and formally appointed in this case. (ECF No. 36.) Thereafter, Rocco filed a motion for emergency status check, (ECF No. 37), and motion to resubmit his First Amended Complaint, (ECF No. 38.)

Based on the stay of the case, Rocco's motions, (ECF Nos. 37, 38), are **DENIED** as moot and may be refiled upon the appointment of counsel. No further filings are allowed in this case until pro bono counsel is identified and formally appointed in this case.

**IT IS SO ORDERED**.

**DATED**: August 24, 2026.

**UNITED STATES MAGISTRATE JUDGE**