**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RAPHAEL ROCCO,

Plaintiff,

v.

TERRY ROYAL, *et al.*,

Defendants.

Case No. 3:25-CV-00581-ART-CLB

**ORDER STRIKING PLAINTIFF'S MOTION**

[ECF No. 39]

On August 19, 2026, the Court entered an order granting Plaintiff Raphael Rocco's ("Rocco") motion for appointment of counsel and stayed the case in its entirety until pro bono counsel is identified and formally appointed in this case. (ECF No. 36.) Thereafter, Rocco filed a motion for emergency status check, (ECF No. 37), and motion to resubmit his First Amended Complaint, (ECF No. 38), which the Court denied as moot based on the current stay of the case. (ECF No. 39.) The Court also instructed that "[n]o further filings are allowed in this case until pro bono counsel is identified and formally appointed in this case." (*Id.*)

However, on September 1, 2026, Rocco filed a motion to "Alert the Court." (ECF No. 40.) This motion is hereby **STRICKEN** in light of the stay of the case and the Court's prior Order, (ECF No. 39). Rocco is reminded that **<u>no further filings are allowed in this case</u>** until pro bono counsel is identified and formally appointed in this case or the Court orders otherwise.

**IT IS SO ORDERED.**

**DATED**: September 2, 2026.

**UNITED STATES MAGISTRATE JUDGE**